# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristopher Yarbary, Sr, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>　　　　　　Defendants. | NO. CV-25-00076-PHX-ROS (MTM)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 25, 2025, Plaintiff to take nothing, and the complaint and action are hereby dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 15, 2025

　　　　　　　　　　　　　　　　　　s/ E. Aragon
　　　　　　　　　　　By　　Deputy Clerk